PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2022

SEAN F. McAVOY, CLERK

## United States District Court

### Eastern District of Washington

United States of America )
)
vs )
)
STANFORD, Ashleigh Iman )   Case No. 2:20-cr-00095-TOR-2

### CONSENT TO MODIFY CONDITIONS OF RELEASE

On October 6, 2021, Ms. Stanford appeared before the Honorable John T. Rodgers, United States Magistrate Judge for an initial appearance/arraignment on indictment. She was released onto pretrial supervision effective October 6, 2021, which commenced in the Central District of California.

On February 25, 2022, this officer was notified by the Central District of California, Ms. Stanford tested positive for, and admitted to, consuming marijuana. This officer respectfully requests the below condition be added to her pretrial release conditions.

Additional Condition of Release:

28. Defendant shall submit to a substance abuse evaluation and undergo any recommended treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial services office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers

I, Ashleigh Iman Stanford consent to this modification of my release conditions and agree to abide by this modification.

_____  3/2/2022        _____  3/2/2022
Signature of Defendant     Date              Pretrial Services/Probation Officer   Date

Ashleigh Iman Stanford                        Linda J. Leavitt

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    3/8/22
Signature of Defense Counsel                  Date

David Miller

[X]   The above modification of conditions of release is ordered, to be effective on 3/10/22 .

[ ]   The above modification of conditions of release is <u>not</u> ordered.

_____          3/10/2022
Signature of Judicial Officer                    Date

The Honorable James A. Goeke
United States Magistrate Jude